BEFORE THE FIRST DIVISION, JUNE 19, 1963

No. 67824.—P. L. Thomas & Co., Inc. v. United States, protests 60/21089, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of coffee stirrers similar in all material respects to those the subject of Abstract 67164, the claim of the plaintiff was sustained.